# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF283
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41183 | $7,615.00 | 8/24/2024 | PSI1000054 | 7/1/2024 | $7,615.00 |
| | 41183 | $8,916.00 | 8/21/2024 | PSI1000045 | 7/6/2024 | $8,916.00 |
| | 41183 | $8,545.00 | 8/21/2024 | PSI1000051 | 7/13/2024 | $8,545.00 |
| | 41183 | $7,550.00 | 8/24/2024 | PSI1000055 | 7/27/2024 | $7,550.00 |
| | 41256 | $7,195.00 | 8/30/2024 | PSI1000080 | 8/10/2024 | $7,195.00 |
| | 41400 | $9,423.00 | 9/20/2024 | PSI1000079 | 8/10/2024 | $9,423.00 |
| | 41400 | $14,205.00 | 9/20/2024 | PSI1000084 | 8/17/2024 | $14,205.00 |
| | 41400 | $16,747.00 | 9/20/2024 | PSI1000087 | 8/31/2024 | $16,747.00 |
| | 41400 | $10,970.00 | 9/20/2024 | PSI1000112 | 9/7/2024 | $10,970.00 |
| | 41567 | $23,760.00 | 9/25/2024 | PSI1000113 | 9/14/2024 | $23,760.00 |
| | 41567 | $7,505.00 | 10/3/2024 | PSI1000117 | 9/21/2024 | $7,505.00 |
| | 41567 | $9,141.00 | 10/7/2024 | PSI1000120 | 9/28/2024 | $9,141.00 |
| | 41604 | $12,485.00 | 10/17/2024 | PSI1000149 | 10/5/2024 | $12,485.00 |
| | 41604 | $10,795.00 | 10/21/2024 | PSI1000154 | 10/5/2024 | $10,795.00 |
| | 41711 | $19,578.00 | 10/25/2024 | PSI1000164 | 10/19/2024 | $19,578.00 |
| **Total Transfers** | **15** | **$174,430.00** | | | | **$174,430.00** |